UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RAYMOND A. CUZICK,<br><br>                    Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>                    Defendant. | CASE NO. 13-cv-05469 RBL-JRC<br><br>REPORT AND RECOMMENDATION ON STIPULATED MOTION FOR REMAND |

This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by *Mathews, Secretary of H.E.W. v. Weber*, 423 U.S. 261 (1976).  This matter is before the Court on defendant's stipulated motion to remand the matter to the Administration for further consideration.  (ECF No. 25.)

After reviewing defendant's stipulated motion and the relevant record, the undersigned recommends that the Court grant defendant's motion, and reverse and remand this matter to the Acting Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

1    On remand, based on the parties' stipulation, this Court recommends that the
2    Commissioner's decision in regard to plaintiff's application for disability insurance benefits and
3    supplemental security income pursuant to Titles II and XVI of the Social Security Act be
4    REVERSED and REMANDED to the Acting Commissioner of the Social Security
5    Administration for a new hearing before an Administrative Law Judge ("ALJ") and a new
6    decision. On remand, the ALJ will reconsider the evidence of record; reassess plaintiff's residual
7    functional capacity; and obtain supplemental vocational expert testimony, if necessary, to assist
8    in determining what impact, if any, plaintiff's limitations would have on his ability to perform
9    work-related activities.

10   The parties stipulate that plaintiff may be entitled to reasonable attorney's fees and costs
11   pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), following proper request to
12   this Court.

13   Given the facts and the parties' stipulation, the Court recommends that the District Judge
14   immediately approve this Report and Recommendation and ORDER that the Commissioner's
15   decision be REVERSED pursuant to sentence four of 42 U.S.C. §405(g) with a REMAND of the
16   cause to the Acting Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S.
17   89 (1991).

18   Dated this 20th day of August, 2014.

J. Richard Creatura
United States Magistrate Judge